## Marie Giangrosso, Appellee, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 40,650.

opinion filed October 25, 1939. Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and James C. Rich, of counsel; Milton H. Weiss and Edward W. Weiss, for appellee. Opinion by JUSTICE HEBEL. "Not to be published in full."